MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

PAULINO GOMEZ-BETANCOURT,

Petitioner-Appellant, Pro Se,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

Case No.: 25-10397

On Appeal from the United States District Court

Northern District of Texas, Case No.: 3:2024-CV-02804-L

Hon. Sam A. Lindsay, District Judge

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Petitioner-Appellant, Paulino Gomez-Betancourt, pro se, and respectfully moves this Honorable Court for leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915 and Rule 24(a) of the Federal Rules of Appellate Procedure.

In support of this motion, Petitioner states as follows:

1. Petitioner is incarcerated and lacks the financial means to prepay the filing fees for this appeal.

2. Pursuant to 28 U.S.C. § 1915(a)(1), Petitioner has submitted an affidavit detailing his financial condition, which demonstrates his inability to pay court fees.

3. As required by 28 U.S.C. § 1915(a)(2), Petitioner has attached a certified copy of his prisoner trust fund account statement for the past six months.

4. Petitioner is appealing the district court's denial of his 28 U.S.C. § 2255 motion and the denial of a Certificate of Appealability (COA). He seeks to proceed IFP so that he may present his claims to the Fifth Circuit.

WHEREFORE, Petitioner respectfully prays that this Court:

1. Grant leave to proceed in forma pauperis;

2. Waive prepayment of fees for this appeal; and

3. Grant any other relief this Court deems just and proper.

4. .

Dated this 16 day of March, 2025.

Respectfully submitted,

*Paulino Gomez-B.*

Paulino Gomez-Betancourt

BOP Register No. 69241-065

FCI Big Spring | 1900 Simler Ave | Big Spring Texas 79720

CERTIFICATE OF SERVICE

I, Paulino Gomez-Betancourt, certify that on this 16 day of March, 2025, I placed a true and correct copy of the Motion for Leave to Proceed In Forma Pauperis in the prison mailing system, first-class postage prepaid, addressed to:

CLERK OF COURT

U.S. Court of Appeals for the Fifth Circuit

600 S. Maestri Place

New Orleans, LA 70130

UNITED STATES ATTORNEY'S OFFICE

Northern District of Texas

1100 Commerce Street, Third Floor

Dallas, TX 75242

I declare under penalty of perjury that the foregoing is true and correct.

*Paulino Gomez-B.*
Paulino Gomez-Betancourt

Dated this 16 day of March, 2025.

Respectfully submitted,

Paulino Gomez-Betancourt

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| GOMEZ-BETANCOURT, PAULINO | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| USA | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __FCI BIG SPRING 1900 SIMLER AVE BIG SPRING TX__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

N/A  2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
*(specify pay period)* __N/A__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
N/A

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ___03/16/2025___

Paulino Gomez-B.
*Applicant's signature*

PAULINO GOMEZ-BETANCOURT
*Printed name*

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| | | | | -$103.20 |
| 07/22/2024 | 64 | Sales | | $100.00 |
| 07/21/2024 | 33324203 | Western Union | BETANCOURT | -$2.00 |
| 07/18/2024 | TL0718 | TRUL Withdrawal | | -$5.00 |
| 07/17/2024 | TL0717 | TRUL Withdrawal | | -$10.00 |
| 07/13/2024 | TL0713 | TRUL Withdrawal | | $19.20 |
| 07/10/2024 | ZIPP0624 | Payroll - IPP | | -$147.55 |
| 07/09/2024 | 59 | Sales | | $125.00 |
| 07/08/2024 | 33324190 | Western Union | BETANCOURT | |

Location: BIG

Date:  09/15/2024
Time:  12:23:01 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 69241065   Inmate Name: GOMEZ-BETANCOURT, PAULINO   Available Balance: $19.23

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 08/11/2024 | TL0811 | TRUL Withdrawal | | -$5.00 |
| 08/10/2024 | TL0810 | TRUL Withdrawal | | -$15.00 |
| 08/09/2024 | ZIPP0724 | Payroll - IPP | | $19.20 |
| 08/05/2024 | 28 | Sales | | -$121.15 |
| 08/04/2024 | 33324217 | Western Union | BETANCOURT | $120.00 |

Paulino Gomez-B.

